UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDREA D. KING,

**Plaintiff,**

v.                4:11-cv-28

DILLON TRANSPORT, INC.,

**Defendant.**

## ORDER

Despite Defendant's "Motion to Compel, for Discovery Sanctions and for Other Relief," the pre-trial conference will continue as scheduled. *See* Docs. 36; 41. The Magistrate Judge will make his determination. Hopefully, his schedule will permit early consideration. The Court does not embrace hardball tactics in discovery.

Appeals may be taken to this Court from the decisions of the Magistrate Judge. Of course, the Court will deal severely with those who are not forthright. The arsenal available to the Court for enforcing this admonition is extensive. *See Malautea v. Suzuki Motor Co.*, 987 F.2d 1536, 1542-47 (11th Cir. 1993).

This 1st day of February 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA