```
                                              FILED
                                         U.S. DISTRICT COURT
                                           SAVANNAH DIV.

                                         2012 AUG 10  PM 2:40

                                         CLERK_____
                                              SO. DIST. OF GA.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREA D. KING, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Civil Action No. 4:11-cv-00028 |
| v. ) | |
| ) | |
| DILLON TRANSPORT, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant per stipulation having voluntarily dismissed its counterclaim against Plaintiff with prejudice and with Plaintiff per stipulation waiving her right to appeal the Court's Order granting the Defendant's Motion for Summary Judgment (Dkt. No. 79), and with each party to bear its own attorney's fees and expenses with respect to said motion and Dillon's counterclaim, and with Defendant acknowledging receipt of $3,928.50 by Plaintiff's counsel pursuant to the Court's Order of June 27, 2012, and

With all non-final orders merging with said order granting summary judgment in Defendant's favor,

IT IS ORDERED:

This cause is hereby dismissed with prejudice. The order of pretrial proceedings (Dkt. No. 85) is hereby dismissed as moot.

Entered: _____
         The Honorable B. Avant Edenfield

Dated: 8-10-2012